United States District Court
Southern District of Texas
**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANKIE PEREZ, Individually and on Behalf of all others similarly situated | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 4:21-cv-3744 |
| ATLAS OPERATING, LLC | § § | JURY TRIAL DEMANDED |
| *Defendant* | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the parties' Joint Motion to Approve Settlement and Dismiss with Prejudice. The parties seek the Court's approval of their Confidential Settlement Agreement and Release of All Claims, which includes settlement of claims brought under the Fair Labor Standards Act ("FLSA"). After reviewing the parties' motion and the settlement agreement, the Court finds the settlement reached is a fair and reasonable resolution of the disputed issues and a bona fide dispute under the FLSA. This Court therefore approves the settlement.

The parties seek an entry of a final judgment and their stipulation of dismissal of this action with prejudice. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court issues the parties' stipulated dismissal of this action *with prejudice*. IT IS SO ORDERED.

SIGNED this 27th day of April, 2023.

HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE